# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| EDITH GUERRERO JACOBO, as Administrator for the ESTATE OF JUDITH ALEJANDRA LOPEZ GUERRERO, | ) ) ) ) ) | No. 74341-4-I |
| Respondent, | ) ) | DIVISION ONE |
| v. | ) ) | UNPUBLISHED OPINION |
| PETERSON WAMPOLD ROSATO LUNA & KNOPP, P.S., a Washington corporation, | ) ) ) ) | |
| Appellant. | ) | FILED: FEB 8 2016 |

PER CURIAM. Based on the parties' settlement of their dispute, appellant Peterson Wampold Rosato Luna & Knopp, P.S., has moved to vacate the trial court's findings of fact and conclusions law and judgment and to dismiss the appeal. Respondent Edith Jacobo has filed an answer agreeing with the proposed resolution. Accordingly, we grant the motion, vacate the findings of fact and conclusions of law and judgment, and dismiss the appeal.

Vacated and dismissed.

FOR THE COURT:

Trickey, J.

Spearman, C.J.

Appelwick, J.